# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Groh, Gina M. | U.S. District Court, Northern District of West Virginia | 05/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
217 W. King St.
Martinsburg, WV 25401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Groh, Gina M. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Jefferson County, WV-Salary as prosecutor |
| 2. | 2013 | City of Harpers Ferry, WV-payments as part-time city prosecutor |
| 3. | 2013 | Managing Member Old Orchard LLC - income from commercial real property in Washington County, MD |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Groh, Gina M. | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trustcorp America | Mortgage Rental Property #1 | L |
| 2. | Discover Card | credit card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Groh, Gina M. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Susquehanna Bank Cash Accounts | B | Interest | M | T | | | | | |
| 2. Nationwide Money Markety Prm (457(b)) | A | Int./Div. | M | T | | | | | |
| 3. MFS WV Muni Bond Fund | B | Int./Div. | K | T | | | | | |
| 4. Exxon Mobile | A | Int./Div. | K | T | | | | | |
| 5. PNC Financial Group Stock | A | Int./Div. | K | T | | | | | |
| 6. M&T Bank Stock | A | Int./Div. | K | T | | | | | |
| 7. Honeywell Int'l Inc | A | Int./Div. | K | T | | | | | |
| 8. Invesco Charter Fund | A | Int./Div. | K | T | | | | | |
| 9. MFS Growth Fund | A | Int./Div. | K | T | | | | | |
| 10. Corning | A | Int./Div. | J | T | | | | | |
| 11. RBC US Gov't Money Market Fund | A | Interest | K | T | | | | | |
| 12. Borg Warner | A | Int./Div. | J | T | | | | | |
| 13. Pfizer | A | Int./Div. | J | T | | | | | |
| 14. Deutche C. International Fund (name change - was DWS Intn'l Fund) | A | Int./Div. | J | T | | 12/01/14 | | | |
| 15. WPX | A | Int./Div. | J | T | | | | | |
| 16. American Funds Europacific Growth Fund | A | Int./Div. | J | T | | | | | |
| 17. Hewlett Packard | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Groh, Gina M. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Fund Growth Fund of Amer. | A | Int./Div. | J | T | | | | | |
| 19. SunTrust Bank Stock | A | Int./Div. | J | T | | | | | |
| 20. EMS Tech | A | Int./Div. | J | T | | | | | |
| 21. Hartford Dividend & Growth Fund | A | Int./Div. | K | T | | | | | |
| 22. Hartford Capital Appreciation Fund | A | Int./Div. | J | T | | | | | |
| 23. Comcast New Class A | A | Int./Div. | J | T | | | | | |
| 24. Fulton Financial Stock | A | Int./Div. | J | T | | | | | |
| 25. Ford | A | Int./Div. | J | T | | | | | |
| 26. Hartford Small Co. Fund | A | Int./Div. | J | T | | | | | |
| 27. Hanger Orthopedic Group | A | Int./Div. | J | T | | | | | |
| 28. Hartford Global Growth Fund | A | Int./Div. | J | T | | | | | |
| 29. Bank of America Stock | A | Int./Div. | J | T | | | | | |
| 30. First Energy | A | Int./Div. | J | T | | | | | |
| 31. Saratoga Tech and Communication | A | Int./Div. | J | T | | | | | |
| 32. Wells Fargo Stock | A | Int./Div. | J | T | | | | | |
| 33. Citigroup Stock | A | Int./Div. | J | T | | | | | |
| 34. Disney | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Groh, Gina M. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Travelers | A | Int./Div. | J | T | | | | | |
| 36. Nortell Networks | A | Int./Div. | J | T | | | | | |
| 37. Motors Liquidcation Corp. | A | Int./Div. | J | T | | | | | |
| 38. Washinton County Sportsman | A | Int./Div. | K | W | | | | | |
| 39. Hagerstown Table Corp. | A | Int./Div. | J | U | | | | | |
| 40. Vinco Development Corp. | A | Int./Div. | J | U | | | | | |
| 41. MONY Whole Life | A | Int./Div. | K | T | | | | | |
| 42. Rental House #1, Jefferson County, WV (assessed 7/1/14) | D | Rent | M | S | | | | | |
| 43. Rental House #2 Socastee, SC 25% interest | B | Rent | K | W | | | | | |
| 44. Standing Timber Jefferson County, WV (assessed 7/1/14) | | None | J | S | | | | | |
| 45. ▮▮▮ Income from testimentary trust (no control) | G | Int./Div. | J | | | | | | |
| 46. WV Judicial Retirement System (no control) | | None | K | T | | | | | |
| 47. WV Public Employee Retirement System (no control) | | None | L | T | | | | | |
| 48. United Bank Stock (was Centra Bank) | B | Dividend | K | T | | | | | |
| 49. Rental Property, Washington County, MD (assessed 7/1/14) | E | Rent | P1 | S | | | | | |
| 50. Brokerage #1 cash fund (X) | A | Int./Div. | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Groh, Gina M. | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII line 38. _____ owns a 1/30 share in corporation which owns timberland in Washington County, Maryland. Value is an estimate based upon known past sales.

Part VII lines 39 & 40. _____ owns shares in two closely held ____ corporations which conduct business in Maryland and West Virginia. Value is an estimate based on book value as no recent sales are known.

Part VII line 44. The timber referenced is standing timber located on a portion of the parcel of land in Jefferson County, WV. The Timber is part of a managed timber program and has a value assessed annually by the state tax assessor. No income will be realized until timber is harvested in the future.

Part VII line 45. _____ is a discretionary income beneficiary of a testimentary trust established in 1984. _____ are part of a class of contingent remainderman of the trust. The trust was not established by myself, _____ nor either of _____ and none of us serve as a trustee for the trust. It is a "spendthrift" trust with an independent corporate financial trustee in charge of all investment decisions. We exercise no control over the investments owned by the trust. _____ receives income from the trust at the sole discretion of the corporate trustee. Other than periodic communications regarding distributions and information needed to complete income tax forms, the only specific information received about the trust is in yearly K-1 form received. We do not know the trust's gross value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gina M. Groh**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544